IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | Docket No. 3:11cr61DCB-FKB |
| MICHAEL E. EARWOOD ) | |

## ORDER REDUCING MONTHLY RESTITUTION PAYMENT

**The Court finds as follows in this case:**

On August 2, 2013, this Court sentenced Michael Earwood to a term of forty-six (46) months in prison for committing the offense of Bankruptcy Fraud. Earwood was also sentenced to a term of three (3) years supervised release that began on January 13, 2017, and ordered to pay $792,228.53 in restitution at a rate of $1,000.00 per month. The Western District of Tennessee is currently supervising Earwood.

Earwood, at 65 years of age, is unemployed and receives Social Security benefits in the amount of $973.00. The U.S. Attorney's Office (Southern District of Mississippi) Financial Litigation Unit is currently seizing $103.00 of Earwood's monthly benefits, which is approximately 10 percent. This Court orders the defendant pay restitution in regular monthly installments of not less than 10% of gross monthly income within 10 days of the end of each month.

SO DATED, this the __17th__ day of __April__, 2017.

                                                          __s/David Bramlette__
                                                          David C. Bramlette III
                                                          SENIOR UNITED STATES DISTRICT JUDGE